**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| Carlos Jimenez Gonzalez, )<br><br>Petitioner, )<br><br>v. )<br><br>Kristi Noem, et al. )<br><br>Respondents. ) | Civil Action No. <u>1:25-cv-3674-ABA</u> |

## JOINT STIPULATION OF DISMISSAL

Petitioner and Respondent hereby give notice that this case is jointly dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

<u>/s/ Simon Sandoval-Moshenberg</u>
Simon Sandoval-Moshenberg, Esq.
D. Md. Bar no. 30965
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com

*Counsel for Petitioner*

Kelly O. Hayes
United States Attorney

<u>/s/ Molissa H. Farber</u>

Molissa H. Farber Assistant
United States Attorney
U.S. Attorney's Office, District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
Telephone: (410) 209-4892
Facsimile: (410) 962-2310
Molissa.Farber@usdoj.gov

*Counsel for Respondents*

**IT IS SO ORDERED AND THE CLERK OF COURT IS DIRECTED TO MARK THIS CASE AS CLOSED.**

Date:   November 25, 2025

_____/s/_____
Adam B. Abelson
United States District Judge